# CIVIL COVER SHEET

Case 1:07-cv-07169   Document 2   Filed 12/21/2007   Page 1 of 1

AE

X2

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
DONEICE JOHNSON
Accurate Services Group

**DEFENDANTS**
EXPERIAN Credit Bureau

**(b)** County of Residence of First Listed Plaintiff   COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   COOK
(IN U.S. PLAINTIFF CASES ONLY)

**07CV7169
JUDGE KENDALL
MAG. JUDGE MASON**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PRO SE/Doneice Johnson
P.O. Box 178194
Chicago, IL 60617

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Consumer Credit - 480 marked]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

Negligent non-compliance

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:

DEMAND $ 12,000.00
JURY DEMAND: [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE 12-21-2007   SIGNATURE OF ATTORNEY OF RECORD   Pro Se/

FILED
DEC 21 2007
DEC 2 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT