AE

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Doncice Johnson
(Please print)

STREET ADDRESS: 8643 S. Saginaw

CITY/STATE/ZIP: Chicago IL 60617

PHONE NUMBER: 773-221-3660

CASE NUMBER:  **07CV7169**
**JUDGE KENDALL**
**MAG. JUDGE MASON**

_____          12-21-07
Signature                                              Date

**FILED**

DEC 21 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT