# United States District Court
## Northern District of Illinois
### Eastern Division

Doneice Johnson

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 7169

Experian Credit Bureau

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Doneice Johnson's application to proceed *in forma pauperis* is denied and her complaint is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 1/10/2008                    /s/ Ken Wood, Deputy Clerk